**Affirmed and Memorandum Opinion filed August 6, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-15-00047-CR
NO. 14-15-00048-CR

**MARQUISE  LAWRENCE  ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause Nos. 1331214, 1376285**

## M E M O R A N D U M   O P I N I O N

Appellant appeals two convictions for aggravated robbery with a deadly weapon. Appellant's appointed counsel filed a brief in each appeal which she concludes the appeal is wholly frivolous and without merit. Each brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable

grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

Copies of counsel's briefs were delivered to appellant. Appellant was advised of the right to examine the appellate records and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have reviewed the records and counsel's briefs carefully and agree each appeals is wholly frivolous and without merit. Further, we find no reversible error in either record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise

Do Not Publish — Tex. R. App. P. 47.2(b).